UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 11-15064

TOU LIA LEE,

    Plaintiff(s),

-v-

ALLSTATE INSURANCE CO.,

    Defendant(s).

_____/

ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on <u>June 10, 2013</u>.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The Court having been advised by counsel for the Plaintiff that an Order of Dismissal may be entered, therefore;

IT IS ORDERED that the within cause be and it is hereby DISMISSED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: June 10, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 10, 2013, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager